UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA JONES, | No. 2:15-cv-00480-KJM-KJN |
| Plaintiff, | |
| v. | AMENDED ORDER |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. | |

On April 1, 2016, plaintiff Alicia Jones submitted a status report that stated the matter had been settled, and the parties were finalizing the settlement. ECF No. 16. In light of the report, on May 9, 2016, the court granted the parties twenty-one days to file dispositional documents. ECF No. 17. The deadline has since passed, and the dispositional documents have not been filed. The parties are ORDERED TO SHOW CAUSE, within seven days, why this case should not be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 21, 2016

_____
UNITED STATES DISTRICT JUDGE

1